JOHN H. CLARK, JR., Respondent, *v.* FIORELLO H. LAGUARDIA, as Mayor of the City of New York, et al., Appellants.

Argued March 10, 1937; decided March 25, 1937.

*Paul Windels, Corporation Counsel (Joseph L. Weiner, H rman Horowitz* and *Arthur A. Segall* of counsel), for appellants.

*John Holley Clark, Jr.,* in person, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.